**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CHARLES B. WHITSETT, SR., ET AL.,     ) | |
|     ) | |
|     Plaintiffs,     ) | |
|     ) | |
| v.     ) | Civil No. 3:17-cv-01091 |
|     ) | Judge Trauger |
| CORE CIVIC, INC.,     ) | |
|     ) | |
|     Defendant.     ) | |

**ORDER**

On January 10, 2018, the Magistrate Judge issued a Report and Recommendation (DE #23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED for failure to exhaust administrative remedies. Any appeal from this ruling will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 14th day of May 2018.

_____
ALETA A. TRAUGER
U.S. District Judge